IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01203-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-14;

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of John Doe 12 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on July 15, 2015 (ECF No. 10), it is

ORDERED that Defendant John Doe 12 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  July 15, 2015

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Senior United States District Judge