IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01203-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

　　Plaintiff,

v.

JOHN DOES 1-11, 13-14;

　　Defendants.

## ORDER

In accordance with Plaintiff's Notices of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on August 3, 5, and 7, 2015 (ECF Nos. 12, 13 and 14), it is

ORDERED that John Does 1 and 11 are **DISMISSED WITHOUT PREJUDICE** and John Does 2 and 5 are **DISMISSED WITH PREJUDICE**.  These Defendants shall hereafter be taken off the caption.

　　Dated:  August 10, 2015

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Wiley Y. Daniel
　　　　　　　　　　　　　　　　　　Wiley Y. Daniel
　　　　　　　　　　　　　　　　　　Senior United States District Judge