IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01203-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 3-4, 6-10, 13-14;

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 6 filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on September 1, 2015 (ECF No. 16), it is

ORDERED that John Doe 6 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  September 25, 2015

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge