IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01203-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

   Plaintiff,

v.

JOHN DOES 3-4, 7-10, 13-14;

   Defendants.

---

## ORDER

---

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant John Doe 7, Defendant John Doe 8, Defendant John Doe 10, Defendant John Doe 13, and Defendant John Doe 14 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on November 19, 2015 (ECF No. 25), it is

ORDERED that Defendant John Does 7, 8, 10, 13, and 14 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  November 19, 2015

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge