IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01203-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 3-4, 9,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 3, John Doe 4, and Defendant John Doe 9 and the Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on December 7, 2015 (ECF No. 27), it is

ORDERED that the remaining Defendants, John Does 3, 4 and 9 are **DISMISSED WITHOUT PREJUDICE** and this case is terminated.

Dated:  December 10, 2015

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge